UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boards of Trustees, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Case No. 2:16-CV-745 |
| | : | |
| CJ&L Construction, Inc. | : | Judge Marbley |
| | : | Magistrate Judge Kemp |
| Defendant. | : | |

**ORDER COMPELLING DISCOVERY**
**IN AID OF JUDGMENT OR EXECUTION**

It appearing that Defendant has failed to answer or otherwise appear in this action and that Defendant has been served with Interrogatories and Request for Production of Documents and a Notice of Deposition in aid of execution and has failed to timely respond, upon Motion of Plaintiffs, it is hereby

ORDERED that, pursuant to Civil Rules 69 and 30, Defendant CJ&L Construction, Inc., through an authorized officer, appear and submit to oral examination at the offices of Steven L. Ball, 1010 Old Henderson Road, Suite 1, Columbus, Ohio 43220, on a date and at such time as may be scheduled by Plaintiffs; and

FURTHER ORDERED that Defendant respond to Plaintiffs' Interrogatories and Plaintiffs' Request for Production of Documents, under oath, within fifteen (15) days of this Order.

 /s/ Terence P. Kemp
UNITED STATES MAGISTRATE JUDGE

APPROVED:

 /s/ Steven L. Ball
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH  43220
(614) 447-8550
Trial Attorney for Plaintiffs